Matthew Tye, Bar #232873
49 Lehigh Aisle
Irvine, CA 92612
Telephone: (949) 290-9943
mctye66@gmail.com

JS-6

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETHANN SHIKLES<br><br>    Plaintiff<br>  v.<br><br>STRATFORD INVESTMENT GROUP, LLC, TYRONE BARNES, AND DOES 1-10<br><br>    Defendants | Case No. SACV 09-484-JVS(MLGx)<br><br>STIPULATION AND ORDER FOR DISMISSAL RE: SETTLEMENT |

    PLAINTIFF, Elizabethann Shikles, and DEFENDANTS, Stratford Investment Group, LLC and Tyrone Barnes, having settled the lawsuit in its entirety as to all parties, hereby stipulate to dismiss the matter, with prejudice, and request that the Court order the same.

Date: March 12, 2010    Signed: _____/s/ Matthew Tye_____
                                Matthew Tye, Attorney for Plaintiff


Date: March ___, 2010    Signed: _____
                                Michael Wippler, Dykema Gossett PLLC
                                    Attorneys for Defendants

SO ORDERED.

Date: March 15, 2010    _____
                                US District Court Judge, Hon. James V. Selna

Stipulation and Order
- 1 -